UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

FIRST NIAGARA BANK, N.A.,

                                 Plaintiff,

v.                                             Civil Action No.: 13-592

MORTGAGE BUILDER SOFTWARE, INC.,

                                 Defendant.

---

# NOTICE OF MOTION

| | |
|---|---|
| Nature of Action: | Breach of Contract. |
| Moving Party: | Defendant. |
| Directed To: | Plaintiff. |
| Date and Time: | To be scheduled by the Court. |
| Place: | United States Courthouse, 2 Niagara Square, Buffalo, New York 14202. |
| Supporting Papers | Statement of Undisputed Facts Pursuant to Local Rule 56.1; Declaration of Kevin T. O'Brien, dated March 6, 2015, with exhibits; and Memorandum of Law. |
| Answering Papers: | If any, are due 28 days after service of this motion pursuant to Local Rule 7(b)(2)(A) unless the Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |
| Reply Papers: | Defendant intends to file and serve reply papers. |
| Relief Requested: | An Order granting Defendant's Motion for Summary Judgment, costs, fees, disbursements, and other relief as this Court may deem just and proper. |
| Oral Argument: | Requested. |

Dated: March 6, 2015

          **WEBSTER SZANYI LLP**
          Attorneys for Defendant

          By: *s/Kevin T. O'Brien*
              Thomas S. Lane
              Kevin T. O'Brien
              1400 Liberty Building
              Buffalo, New York 14202
              (716) 842-2800

**TO:**   **HODGSON RUSS LLP**
       Stephen W. Kelkenberg, Esq.
       Ryan K. Cummings, Esq.
       Attorneys for Plaintiff
       The Guaranty Building
       140 Pearl Street, Suite 100
       Buffalo, New York 14202